UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DAVILYN HOSPITALITY, INC. D/B/A
STUDIO 6,

                    Plaintiff,

      -against-

MT. HAWLEY INSURANCE COMPANY,

                    Defendant.
----------------------------------------------------------- X

23-CV-7309 (VSB)

**ORDER**

<u>VERNON S. BRODERICK, United States District Judge</u>:

As Counsel may be aware, this case was recently reassigned to the undersigned. All deadlines and schedules ordered by Judge Michael J. Truncale remain in effect.

In addition, on or before February 12, 2024, the parties shall file on ECF a joint letter of no more than three (3) pages, addressing the following topics, in separate paragraphs:

1. A brief statement of the nature of the case;

2. A statement of all existing deadlines, due dates and/or cut-off dates;

3. A brief description of any motions which have been made and decided and a confirmation that there are no pending motions and no pending appeals;

4. A statement describing the status of discovery in this case;

5. A statement describing the status of any settlement discussions;

6. Estimated length of trial and whether a jury demand has been made; and

7. Any other information that you believe may assist the Court.

Counsel for Plaintiff is responsible for ensuring that counsel for all parties are served with this Order.

        SO ORDERED.

Dated:    January 29, 2024
            New York, New York

                                                                     Vernon S. Broderick
                                                                     United States District Judge