

APPLICATION GRANTED
SO ORDERED *[signature]*
VERNON S. BRODERICK
U.S.D.J.
July 16, 2024
Discovery is STAYED pending receipt of the motion to withdraw and entry of an amended scheduling order. The conference previously scheduled for October 3, 2024 is hereby ADJOURNED sine die. Counsel must submit the motion to withdraw by August 6, 2024, and the motion must include a date certain for new counsel to enter an appearance.

**VIA ECF**

Honorable Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:    *Davilyn Hospitality, Inc. v. Mt. Hawley Insurance Company*
       Civil Action: 1:23-cv-07309-VSB

Dear Judge Broderick:

This firm represents Plaintiff, Davilyn Hospitality, Inc. d/b/a Studio 6 in the above-referenced action. We write with counsel for Defendant Mt. Hawley Insurance Company to respectfully request a stay of the discovery deadlines set forth in the Court's Case Management Plan and Scheduling Order, entered on February 14, 2024 (ECF No. 29). The parties are requesting this stay because my firm will be filing a motion to withdraw as counsel for Plaintiff shortly.

The current Case Management Plan and Scheduling Order provides for a close of discovery by September 20, 2024, and a joint conference letter by September 27, 2024. The parties have not previously requested any adjournments or extensions of time, and counsel for both parties agree to the relief requested. As will be detailed further in the motion, communications have broken down between us and Plaintiff and we do not believe we can continue to represent it effectively in this action.

Our motion to withdraw will include a proposed order instructing Plaintiff to have new counsel enter an appearance by a date certain. An amended scheduling order will be necessary given Plaintiff's failure to provide complete answers to written discovery served on February 12, 2024. Counsel for Defendant anticipates that it will need to confer with Plaintiff's new counsel of record about an amended Case Management Plan and Scheduling Order after that new firm enters its appearance. Accordingly, at this time counsel for both parties are requesting a stay of all discovery deadlines pending resolution of both the motion to withdraw described above and entry of an amended scheduling order to be submitted with input from Plaintiff's new counsel of record.

# LAW
## LERNER · ARNOLD · WINSTON

We thank the Court for its time and attention in this matter.

Respectfully Submitted,

LERNER, ARNOLD & WINSTON, LLP
*Attorneys for Plaintiff*

By:    /s/ Sean F. McAloon
Sean F. McAloon, Esq.
286 Fifth Avenue, 12th Floor
New York, New York 10001
212-686-4655
smcaloon@lawpartnersllp.com

QUILLING SELANDER LOWNDS
WINSLETT & MOSER, P.C.
*Attorneys for Defendant*

By:    /s/ Greg K. Winslett
Greg K. Winslett, Esq.
Brent J. Rodine, Esq.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
214-871-2100
gwinslett@qslwm.com
brodine@qslwm.com